
RECEIVED
BY
MAY 0 2 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 00-50050-01 |
| VERSUS | JUDGE DONALD E. WALTER |
| CALVIN ODOM, a/k/a BUTCH WILSON | MAGISTRATE JUDGE HORNSBY |

## O R D E R

Before this Court is a Motion Regarding Noncompliance With Court Order/Respondent's Due Process Rights Under the Fifth and Fourteenth Amendments of the Constitution [Doc. #511] filed by defendant, Calvin Odom, a/k/a Butch Wilson ("Odom"). In his motion, defendant asks this Court to enforce its Order of October 6, 2003 [Doc. #477], permitting the release of Grand Jury transcripts for the purpose of Odom's appeal.

On April 22, 2004, defendant again moved for the release of Grand Jury transcripts. The Government submitted an opposition to defendant's motion. In that opposition, the Government noted that in his first Motion for Release of Grand Jury transcripts, Odom requested the grand jury testimony of individuals who had testified at trial. According to a letter written by AUSA Alexander Van Hook, and attached as Exhibit B to defendant's second motion, no individual who testified at trial testified at grand jury. The Government cannot be ordered to produce that which does not exist.

Accordingly, **IT IS ORDERED** that defendant's motion [Doc. #511] be and is hereby **DENIED**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 1st day of May, 2006.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE