RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 7/14/06
BY Dm

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 04-1549<br>CRIMINAL NO. 00-50050-01 |
| VERSUS | JUDGE DONALD E. WALTER |
| BUTCH WILSON,<br>a.k.a. Calvin Odom | MAGISTRATE JUDGE HORNSBY |

## O R D E R

For the reasons stated in the foregoing Memorandum Ruling, **IT IS ORDERED** that the Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 [Doc. #491] filed on behalf of defendant, Butch Wilson, a.k.a. Calvin Odom, be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 14th day of July, 2006.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE