U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAR 14 2007

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 07-0479 |
| | CRIMINAL NO. 00-50050-01 |
| VERSUS | JUDGE DONALD E. WALTER |
| BUTCH WILSON, a.k.a. Calvin Odom | MAGISTRATE JUDGE HORNSBY |

## O R D E R

Before this Court is a Motion to Vacate, Set Aside or Correct Sentence Under the Savings Clause of §2255 [Doc. #524] filed by defendant, Butch Wilson, a.k.a. Calvin Odom.

**IT IS ORDERED** that defendant's motion be and is hereby **DENIED** for defendant's failure to obtain approval by the Fifth Circuit to file a second or successive §2255 petition as required by 28 U.S.C. § 2255.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 14 day of March, 2007.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE