U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

**JAN 0 9 2008**

ROBERT H. SHEMWELL, CLERK
BY _____
            DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

UNITED STATES OF AMERICA

CIVIL ACTION NO. 07-6905
CRIMINAL NO. 00-50050-01

VERSUS

JUDGE DONALD E. WALTER

BUTCH WILSON,
a.k.a. Calvin Odom

MAGISTRATE JUDGE HORNSBY

## O R D E R

Before this Court is a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, more accurately construed by the United States District Court for the Central District of California, as a Motion to Vacate under 28 U.S.C. § 2255 [Doc. #535] filed by defendant, Butch Wilson, a.k.a. Calvin Odom.  See Order Transferring Action in Case No. 07-6905 (CD/CA).

**IT IS ORDERED** that defendant's motion be and is hereby **DENIED** for defendant's failure to obtain approval by the Fifth Circuit to file a second or successive §2255 petition as required by 28 U.S.C. § 2255.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this _____ day of January, 2008.

_____
DONALD E. WALTER
UNITED STATES DISTRICT JUDGE